[No. 49278-1-I.   Division One.   September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWNTA WANZO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01183-6, Michael Hayden, J., entered September 1, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 49557-7-I.   Division One.   September 23, 2002.]

JOHN LOGAN, ET AL., *Appellants*, v. ACORDIA NORTHWEST, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-16934-5, Robert H. Alsdorf, J., entered October 22, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 49765-1-I.   Division One.   September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLTON MCCOY MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05357-1, Ann Schindler and Michael S. Spearman, JJ., entered December 24, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49824-0-I.   Division One.   September 23, 2002.]

TIMBERLAKE CHRISTIAN FELLOWSHIP, *Respondent*, v. CITIZENS FOR RESPONSIBLE RURAL AREA DEVELOPMENT, *Appellant*, KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-20880-5, Sharon S. Armstrong, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Schindler, J. Now published at 114 Wn. App. 174.